# Valli Kane & Vagnini

EMPLOYE...

600 Old Country Road  
Suite 519  
Garden City, NY 11530

(...16) 203-7180  
(...16) 706-0248  
...vlawyers.com

> Plaintiff's motion for conditional certification (Doc. 38) is deemed withdrawn without prejudice to reinstatement by Plaintiff with written notice to the Court. The conference currently scheduled for June 9, 2021 at 10:15 a.m. is adjourned *sine die*. The parties are directed to file a joint letter by June 18, 2021 providing a status update regarding settlement.
>
> The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 38.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>         June 7, 2021

**VIA ECF**
The Honorable Philip M. Halpern
United States District Judge
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:   *Sloben v. SDI International, Corp.*, **Case No.: 7:20-CV-04717 (PMH)**

Dear Judge Halpern:

We represent Plaintiff Christine Sloben ("Plaintiff") in the above-captioned matter and write jointly with Defendant SDI International, Corp. (together, the "Parties") to inform the Court that at the June 3, 2021 mediation, the Parties reached an agreement in principle to resolve this matter. The Parties respectfully request that the Court stay its decision on Plaintiff's pending motion for conditional certification (dkt. nos. 38-39) to allow them to finalize the terms of the settlement and reduce it to a written agreement. Thereafter, Plaintiff intends to file her Fairness Letter respectfully requesting that the Court approve the Fair Labor Standards Act settlement.

We thank the Court for its time and consideration.

Respectfully Submitted,

*/s/ Alexander M. White*
Alexander M. White

cc:   counsel of record (*via* ECF)