UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CHRISTINE SLOBEN,

                Plaintiff,

v.

SDI INTERNATIONAL CORP.,

                Defendant.
-----------------------------------------------------------X

ORDER

20-CV-04717 (PMH)

PHILIP M. HALPERN, United States District Judge:

    Counsel for both parties appeared at The Hon. Charles L. Brieant Jr. Federal Building and Courthouse, 300 Quarropas Street, White Plains, New York, in Courtroom 520 at 3:00 p.m. today. The Court addressed Plaintiff's motion for reconsideration (Doc. 51) on and off the record.

    As stated on the record, Plaintiff's motion for reconsideration is WITHDRAWN. The parties shall meet and confer and submit a revised settlement agreement, in accordance with the Court's July 22, 2021 Order (Doc. 50), by September 8, 2021.

    The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 51.

SO ORDERED:

Dated: White Plains, New York
       September 1, 2021

                                            _____
                                            Hon. Philip M. Halpern
                                            United States District Judge