| SO ORDERED. |
|---|
| *[signature]* |
| Philip M. Halpern |
| United States District Judge |
| Dated: White Plains, New York |
| September 17, 2021 |

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------

CHRISTINE SLOBEN, individually and on behalf of all others similarly situated,

                Plaintiff,

v.

SDI INTERNATIONAL CORP.,

                Defendant.

------------------------------------

Case No.: 7:20-CV-04717(PMH)

## STIPULATION OF DISMISSAL *WITH* PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Christine Sloben ("Plaintiff"), by and through her attorneys, submit this Stipulation of Dismissal With Prejudice for all causes of action raised or which could have been raised in this case by Plaintiff against Defendant SDI International Corp. All costs of court and/or attorneys' fees incurred by the parties will be paid by the parties incurring them.

Dated: September 16, 2021

Valli Kane & Vagnini LLP

*[signature]*

Robert J. Valli, Jr.
Sara Wyn Kane
Alexander M. White
600 Old Country Rd., Ste. 519
Garden City, New York 11530
Telephone: (516) 203-7180

Hodgson Russ LLP

*[signature]*

Peter C. Godfrey
Robert J. Fluskey, Jr.
Matthew K. Parker
140 Pearl Street, Suite 100
Buffalo, New York 14202
Telephone: (716) 848-1688